**DISMISS and Opinion Filed May 25, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00844-CV

**JASON SPENCER, Appellant**
**V.**
**KENNETH TALBERT, JAMES TALBERT, EFA PROCESSING, LP,
SAFEGUARD RECOVERY, LLC, ECKITY CAPITAL MARKETS, LLC,
AND SAFEGUARD CAPITAL, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01292**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

We reinstate this appeal. This case was abated in August 2018 due to appellant's bankruptcy proceeding. See TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on October 23, 2018, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned the parties that the case would be reinstated and dismissed for want of prosecution unless any party gave cause as

to why it should not be dismissed. *See* TEX. R. APP. P. 42.3(b),(c). By letter dated May 17, 2021, appellant responded that he would like to proceed with the appeal because the bankruptcy court did not grant a discharge. Appellant did not, however, provide any explanation for appellant's two- and one-half-year delay in requesting the appeal to be reinstated.

Because we gave appellant the opportunity to show why we should not dismiss the appeal for want of prosecution and appellant failed to do so, we dismiss this appeal. *See id*. 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

170844F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JASON SPENCER, Appellant

No. 05-17-00844-CV          V.

KENNETH TALBERT, JAMES
TALBERT, EFA PROCESSING, LP,
SAFEGUARD RECOVERY, LLC,
ECKITY CAPITAL MARKETS,
LLC, AND SAFEGUARD
CAPITAL, Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-14-01292.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered May 25, 2021